IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNIQUE PRODUCT SOLUTIONS, LTD.,

    Plaintiff-Relator,

v.

HYDROHEAT, LLC,

    Defendant.

ORDER

11-cv-263-wmc

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455(b)(4).

Entered this 18th day of April, 2011.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge